Brian C. Shapiro
Attorney at Law: #192789
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: brian_rohlfing.office@speakeasy.net

Attorneys for Plaintiff PATRICIA HERNANDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HERNANDEZ, | Case No.: 1:08-cv-1445 -GSA |
| Plaintiff, | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between Plaintiff PATRICIA HERNANDEZ ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, that Brian C. Shapiro, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of one thousand five hundred fifty dollars ($1,550.00).  This amount represents compensation for all legal services rendered by Brian C. Shapiro on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

1  The stipulation is entered into for the sole purpose of settling all disputed
2 claims regarding EAJA and avoiding the expenses and risks of litigation. This
3 stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
4 attorney fees, costs, and expenses.  This stipulation does not constitute an
5 admission of liability on the part of Defendant under the EAJA.  This stipulation
6 does not settle, or compromise the question of whether Brian C. Shapiro may be,
7 is, or should be the direct payee of an award of fees, costs, and expenses under the
8 EAJA in the absence or presence of an express or implied assignment of such an
9 award nor whether any such award is free from or subject to debts of Plaintiff, if
10 any, under the Debt Collection Act of 1996, 31 U.S.C. § 3716, or as to any issue
11 regarding the applicability of the Assignment of Claims Act, 31 U.S.C. § 3727.
12   Neither this agreement nor the substance herein shall, in full or in part, be
13 quoted, cited or referred to in any document filed in any case but the present one
14 and it shall not, in full or in part, be attached to any document filed in any case but
15 the present one.
16  Payment of one thousand five hundred fifty dollars ($1,550.00) in EAJA
17 attorney fees, costs, and expenses to Brian C. Shapiro shall constitute a complete
18 release from and bar to any and all claims Plaintiff may have relating to EAJA fees
19 in connection with this case.  Any payment shall be made payable to Plaintiff's
20 counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: August 13, 2009             Respectfully submitted,

                                          Law Offices of Lawrence D. Rohlfing

                                          /s/ *Brian C. Shapiro*
                               BY: _____
                                         Brian C. Shapiro
                                         Attorney for plaintiff PATRICIA HERNANDEZ

DATE: August 13, 2009             LAWRENCE G. BROWN
                                         United States Attorney

                                         */s/-SHEA BOND*
                               BY: _____
                                         SHEA BOND
                                         Special Assistant United States Attorney
                                         Attorneys for defendant MICHAEL J. ASTRUE
                                         Commissioner of Social Security
[*Via email authorization on 8/13/09]

## ORDER

**IT IS ORDERED** that counsel for Plaintiff is awarded attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA") in the amount of ONE THOUSAND FIVE HUNDRED FIFTY DOLLARS and no/100's ($1,550.00), as authorized by 28 U.S.C. 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 13, 2009

                            /s/ Gary S. Austin
                      UNITED STATES MAGISTRATE JUDGE